| | |
|---|---|
| 1  JERRY Y. FONG, ESQ. (SBN 99673)<br>    CAREY & CAREY<br>2  706 COWPER STREET<br>    P.O. BOX 1040<br>3  PALO ALTO, CA 94302-1040<br>    650/328-5510<br>4  650/853-3632 fax<br>5  Attorneys for Defendant TRACY MARASCO | **FILED**<br><br>SEP 2 9 2011<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>vs.                                  )<br>                                     )<br>TRACY MARASCO, XERXES                )<br>FLORES ZAPATA, JACK STRINGER,       )<br>and RUSSELL ALLGIRE,                 )<br>                                     )<br>          Defendants.                )<br>_____) | CASE NO.     CR 11-00295 EJD<br>                       HRL<br><br>STIPULATION OF THE PARTIES AND<br>PROPOSED ORDER FOR ORDER TO<br>PERMIT TRACY MARASCO TO<br>TRAVEL TO NEVADA FOR<br>FAMILY REUNION. |

Defendant Tracy Marasco and Plaintiff United States of America, through their respective counsel, stipulate to a joint request for a court order modifying Defendant Tracy Marasco's pretrial release condition so that she can travel to and from Las Vegas, Nevada, from October 7, 2011, to and through October 10, 2011, for a brief family reunion with her mother and her aunt (both of whom will be traveling from their home in Hawaii). Ms. Marasco's present pretrial release condition does not permit her to travel outside the Eastern District of California (where she resides) and the Northern District of California. Her pretrial service officer, Ms. Lydia Serrano (in Fresno, California), and the AUSA handling this case, Mr. Jeff Nedrow, do not object to this trip. So stipulated.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: September 28, 2011 | /S/ |
| 4 | | JERRY Y. FONG, Attorney for Def. TRACY MORASCO |

DATED: September 28, 2011    /S/
JEFFREY D. NEDROW, AUSA for
Plaintiff UNITED STATES OF AMERICA

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that Defendant Tracy Marasco's pretrial release conditions shall be modified so that she may travel to and from Las Vegas, Nevada, from October 7, 2011, to and through October 10, 2011, to attend the reunion with her family. It is so ordered.

DATED: 9/29/11

MAGISTRATE-JUDGE OF THE UNITED STATES DISTRICT COURT