Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorneys for Defendant
Jack Stringer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00295 EJD/HRL |
| Plaintiff, | **STIPULATION, REQUEST AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE REFERRAL** |
| v. | |
| TRACY MARASCO, ET AL., | |
| Defendants. | |

The parties, the Government, and all defendants in the above-captioned matter, by and through their respective counsel, hereby stipulate and request a referral pursuant to Crim. L.R. 11-1(a) to United States Magistrate Judge Laurel Beeler for July 15, 2013 at 9:30 a.m. in Courtroom C of the United States District Court, Northern District of California, San Francisco Courthouse.

Counsel for Jack Stringer spoke with Judge Beeler's courtroom clerk, who has reserved July 15, 2013 for a full day of settlement conference in this matter.

Dated: April 23, 2013

_____/s/_____
Jeffrey Nedrow
Assistant United States Attorney

_____/s/_____
Jerry Y. Fong
Attorney for Tracy Marasco

*U.S. v. Tracy Marasco, et al.* **(CR 11-00295 EJD/HRL)**
**STIPULATION, REQUEST, AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE REFERRAL**

1

1

_____/s/_____
Anthony John Brass
Attorney for Xerxes Flores

2

3

_____/s/_____
Thomas J. Ferrito
Attorney for Russell Allgire

4

5

_____/s/_____
Thomas J. Nolan
Attorney for Jack Stringer

6

7

8

**<u>ATTESTATION PER GENERAL ORDER 45</u>**

9

10

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this

11

Stipulation.  In compliance with General Order 45, X.B., I hereby attest that all parties whose

12

electronic signatures appear above have concurred with this filing.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*U.S. v. Tracy Marasco, et al.* **(CR 11-00295 EJD/HRL)**
**STIPULATION, REQUEST, AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE**
**REFERRAL**

1

2

3  Thomas J. Nolan (SBN: 48413)

4  **Nolan, Armstrong**
   **& Barton, LLP**

5  600 University Ave. \ Palo Alto, Ca. 94301
   Tel.  (650) 326-2980  Fax (650) 326-9704

6

7  Attorneys for Defendant
   Jack Stringer

8

9

10

11

12

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

               SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          No. CR 11-00295 EJD/HRL

14              Plaintiff,             [PROPOSED] ORDER FOR
                                       SETTLEMENT CONFERENCE
15         v.                          REFERRAL

16  TRACY MARASCO, ET AL.,

17              Defendants.

18

19

20         Having received a stipulation and request for Referral to Settlement Conference pursuant

21  to Crim. L.R. 11-1(a), the Court hereby refers the above-captioned matter and all parties to

22  Magistrate Judge Laurel Beeler on July 15, 2013, at 9:30 a.m. for Settlement Conference.

23  Pursuant to Crim. L.R. 11-1(b), IT IS SO ORDERED.

24

25     Dated: April 26, 2013                     _____

26                                               Hon. Edward J. Davila
                                                 United States District Judge
27

*U.S. v. Tracy Marasco, et al.* (CR 11-00295 EJD/HRL)
**STIPULATION, REQUEST, AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE
REFERRAL**
                                    3