MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRACEY MARASCO, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | CR 11-00295-EJD <br><br> STIPULATION TO RESCHEDULE <br> SETTLEMENT CONFERENCE |

     The United States, through its counsel Jeff Nedrow, and defendants Tracey Marasco, Xerxes Zapata, Russell Allgire, and Jack Stringer, through their respective counsel, hereby agree and stipulate to continue the settlement conference in this case presently scheduled for Monday, July 15, 2013 at 9:30 a.m. to Friday, July, 26, 2013 at 9:30 a.m. before the Hon. Magistrate Judge Laurel Beeler.   This continuance is requested for the following reasons:

     1) Government counsel has encountered a scheduling conflict on July 15, 2013 and is unavailable to participate in the settlement conference on that date.

     For these reasons, the parties respectfully request that the Court reschedule the settlement

conference in this case from July 15, 2013 to Friday, July 26 at 9:30 a.m.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

June 7, 2013

_____/s/_____
JEFFREY D. NEDROW
Assistant U.S. Attorney


_____/s/_____
JERRY Y. FONG
Attorney for Tracey Marasco


_____/s/_____
ANTHONY JOHN BRASS
Attorney for Xerxes Zapata


_____/s/_____
THOMAS J. FERRITO
Attorney for Russell Allgire


_____/s/_____
THOMAS J. NOLAN
Attorney for Jack Stringer

## **ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the settlement conference in this case is rescheduled from July 15, 2013 to July 26, 2013 at 9:30 a.m. before Magistrate Judge Beeler.

Dated this 10th day of June, 2013.

_____
EDWARD J. DAVILA
United States District Judge